IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Eastern_ DIVISION

Joe W. Mangrum )
_____ )
_____ )
Plaintiff(s), )
 )  CIVIL ACTION NO.
v. )
 )  3:06cv952-MEF
Alabama medicaid )
Agency And Commissioner )
Defendant(s). )

## COMPLAINT

1. Plaintiff(s)' address and telephone number: 1-256-675-9313
   120 Henderson DR, A-144, Camp Hill, Alabama 36850

2. Name and address of defendant(s): Commissioner And Alabama medicaid Agency, 501 Dexter Avenue, P.O. # Box # 5624, montgomery, Alabama 36103

3. Place of alleged violation of civil rights: at the Alabama medicaid Agency, montgomery, Alabama

4. Date of alleged violation of civil rights: Dec 23, 1993 on Back to this Dated January 17, 2007.

5. State the facts on which you base your allegation that your constitutional rights have been violated: Commissioner Alabama medicaid programs or Agency for Alleged Failure to paid for the plaintiff prescription drugs at the pharmacy from Dec 23, 1993 on Back to this Dated January 17, 2007. under medicare And medicaid primary insurance Amount (P.I.A) coverages Act of 1988. under public Law 100-360.

1

6. Relief requested: Plaintiff Request the Courts to Awarded him Compensatory Damages And punitive Damages, AND Nominal Damages Against the Commissioner of the Alabama medicaid programs as Agency In this Amount of $250,000 dollars For Failure to paid for his prescription Drugs at the pharmacy From Dec 23, 1993 on back to this Dated January 17, 2002.

Date: 10-17-2006

"Joe W. Mangrum."
Plaintiff(s) Signature

(III)

Additional pages to the Suit

plaintiff further Alleges discrimination under title II ANd III of the Americans With Disability Act of 1990, 42 U.S.C. § 12101. Et Seq), 45 C.F.R. part 84 (Department of Health ANd Human Services, 28 C.F.R. § 42, 501 Et Seq), IN title 28 C.F.R. part 35 ANd 36, the Relationship between the (ADA) State of Alabama ANd local law, 28 C.F.R. § 35.103), ANd 28 C.F.R. § 35.134), ANd 28 C.F.R. § 35.170), For injunctive Relief, 42 U.S.C. § 12133), ANd 28 C.F.R. § 35.175). under Sections 504 of the Rehabilitation Act of 1973. Alabama medicaid programs or Agency Also failure to paid For the plaintiff prescription drugs at the pharmacy under (medicare part B) insurance Beginning Dec 23, 1993. on Back to this dated January 17, 2002, under the Social Security trust funds Act of Dec 23, 1993. under the Federal Old-Age ANd Survivors insurance (OASI) trust Fund Act of 1970, under the Congressional Budget Act of 1974, under public

law, 93-344). the plaintiff was Also Eligible for medicare And medicaid programs under title XVIII of the Social Security Act of Dec 23, 1993, (42 U.S.C, § 1395, Et Seq), was Enacted IN 1965, under medicaid part B), Also Coverages of prescription drugs at the pharmacy under the medicaid portion of the Social Security Act of January 30, 1994, IN title XIX (42 U.S.C, § 1396(A), Et Seq), provides a number of Benefits programs, the Alabama State public Assistance Agency will paid for the plaintiff medical insurance premiums (medicare part B), Beginning Dec 23, 1993. under the federal Disability insurance (DI) trust fund Act of 1970, And under the federal Hospital insurance (HI) trust fund Act of January 30, 1994, plaintiff was Also Awarded Comprehensive medicaid Coverages Retroactive on Dec 23, 1993, to paid for his prescription



Drugs at the pharmacy from Dec 23, 1993, on Back to this dated January 17, 2002, under the plaintiff of his Fifth AND Fourteenth Amendment Rights as well as the Equal protection Clause of the Alabama States law "AND" Title VI of the civil Rights Act of 1964, as Amended IN Title VII Alabama Code 13-A-9-3, IN Sections 13-A-10-102, Act of 2006. the plaintiff have Also contact the Commissioner of Alabama medicaid Agency IN five difference letter IN 2006. But they failure to contact the plaintiff Back. Now psychiatrist DR. Rohini K. Reddy, Can give testimony of the claimant Also gate his 5 M.G. Trifluoperazine medication from the Nan Coley murphy Center 1870 Alabama Highway 22, West. Alexander city, Alabama 35010. From February of 1994, on Back to this dated January 17, 2002. the Claimant Also paid $3.00 dollars for 90 tablet a monthly.

# MEDICARE NOTICE                    Exhibit (A)

From: Health Care Financing Administration

If you inquire, please include your Medicare Claim Number 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A

Date:   JAN 20, 1994

- JOE D MANGRUM
  P.O. Box # 762
  CAMP HILL AL 36850-9730

Your State Public Assistance Agency will pay your Medical Insurance premiums (Medicare Part B) beginning

| Month | Year |
|---|---|
| DEC | 1993 |

and the State will continue to pay your Medicare Part B premium until further notice.

If you paid the Part B premium for any months for which the State is now paying, a refund will be sent to you.

You will receive a Medicare card if either of the following apply:

- the State's action enrolls you in Medicare Part B (even if you refused Part B or had a previous period of Part B coverage)

- the State's action entitles you to Medicare Part B for an earlier date than shown on your current Medicare card.

You will not receive a Medicare card if one was issued to you previously and the State's action does not change the date of your Medical Insurance (Medicare Part B) coverage.

IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ABOUT YOUR MEDICARE MEDICAL INSURANCE PROTECTION, TELEPHONE OR VISIT YOUR SOCIAL SECURITY OFFICE. BE SURE TO TAKE THIS NOTICE WITH YOU.

IF YOU HAVE ANY QUESTIONS ABOUT YOUR ELIGIBILITY UNDER THE STATE MEDICAID PROGRAM, PLEASE CONTACT YOUR STATE PUBLIC ASSISTANCE OFFICE.

You may use this notice to show that you are entitled to Medicare Part B.

Form HCFA-L1614-TR (8-91)

Department of Health and Human Services



# Alabama Medicaid Agency

501 Dexter Avenue
P.O. Box 5624
Montgomery, Alabama 36103-5624
www.medicaid.state.al.us
e-mail: almedicaid@medicaid.state.al.us
Telecommunication for the Deaf: 1-800-253-0799
1-800-362-1504      (334) 293-5500



**155**

BOB RILEY
Governor

CAROL A. HERRMANN, MPH
Commissioner

*Exhibit (B),*

March 4, 2004

Joe D. Mangrum
P.O. BOX 762
Camp Hill, AL 36850-0762

Dear Mr. Mangrum:

I am writing in response to your letter we received in our office on March 1, 2004.

According to our records you were not eligible for Medicaid January 1, 1993 through December 31, 2001. Your eligibility for Medicaid started January 1, 2002.

If you need help with transportation to doctor appointments, you may qualify for the NET Program. The Non-Emergency Transportation Program (NET) provides necessary non-ambulance transportation services to Medicaid recipients. You may contact the NET program at 1-800-362-1504.

I am sorry I could not be of more assistance to you. If additional information is needed, please feel free to contact me or Annie Givens at 1-800-362-1504.

Sincerely,

R. Dale Boyles
Associate Director
Customer Service

RDB/cs



U.S. Department of Justice

Civil Rights Division

DJ# 204-02-0

Disability Rights Section - NYA
950 Pennsylvania Avenue N.W.
Washington, DC 20530

SEP 0 5 2006

Dr. Mark McClellan, Administrator
Center for Medicare and Medicaid
  Services
Department of Health and
  Human Services
200 Independence Avenue, S.W.
Room 314G Humphrey Building
Washington, D.C.  20201

    RE:  Correspondence of Joe D. Mangrum v. Alabama Medicaid
         Program
    Date Received by DOJ:   August 2, 2006

Dear Dr. McClellan:

    We have determined that the enclosed matter is not within the jurisdiction of our office and are referring it to you for appropriate disposition.  We are sending the complainant a copy of this letter so he/she will know how to contact you.

    If you have jurisdiction under section 504 of the Rehabilitation Act of 1973, as amended, please investigate the allegations for compliance with both your agency's section 504 regulation and the Department of Justice's title II regulation, 28 C.F.R. part 35.

    If you have jurisdiction under title II of the Americans with Disabilities Act of 1990, please investigate the allegations under the procedures in 28 C.F.R. part 35, subpart F.

    Because we are responsible for coordinating enforcement of title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act, please send us any final written disposition of complaints alleging noncompliance with title II or Section 504.  You may use the enclosed Final Disposition Response form for this purpose.  In all correspondence please refer to the complainant's name and the alleged discriminating entity.

255372

-2-

If you have no jurisdiction over this complaint, please promptly return it to us.

Sincerely,

Robin C. Deykes
Civil Rights Program Analyst
Disability Rights Section

Enclosures

cc:
Joe D. Mangrum
P.O. Box 762
Camp Hill, AL.  36850

BANK OF DADEVILLE
P.O. Box 38
Dadeville AL  36853

**BANK OF DADEVILLE**
*"The Lake Martin Bank"*
256-825-4284
Member FDIC

```
                                    Seq:1446

JOE DONALD MANGRUM                       Date      9/29/06        Page    1
MAXINE VINES                             Primary Account       532576520
P O BOX 762                              Enclosures
CAMP HILL AL  36850-0762
```

Guard against account hijacking!  Remember: your bank will never email you and
ask you to go to another site to "verify information". Check your statements
regularly and your credit report annually.  Notify us immediately of any errors

                        SAVINGS ACCOUNTS

```
Savings
Account Number                 532576520  Statement Dates   7/03/06 thru 10/01/06
Previous Balance                    9.03  Days in the statement period        91
    3 Deposits/Credits           2,217.00  Average Ledger                    3.89
    4 Checks/Debits              2,222.00  Average Collected                 3.89
Total Service Charge                4.00  Interest Earned                    .01
Interest Paid                        .01  Annual Percentage Yield Earned   1.04%
Current Balance                      .04  2006 Interest Paid                 .03


Activity in Date Order
Date   Description                        Trace No          Amount
 7/03  SOC SEC     US TREASURY 303        040859452         739.00
       PPD
 7/03  Debit Memo                         000201290         739.00-
 7/13  Debit Memo                         000700360           5.00-
 8/03  SOC SEC     US TREASURY 303        043370726         739.00
       PPD
 8/03  Debit Memo                         000203430         739.00-
 9/01  SOC SEC     US TREASURY 303        043359611         739.00
       PPD
 9/01  Debit Memo                         000500330         739.00-
 9/01  Excess Debit Fee                   000500330           2.00-
 9/29  Total Service Charges/Fees                            2.00-SC
10/01  Interest Paid Thru                                     .01


Daily Balance Information
Date           Balance        Date           Balance        Date           Balance
 7/03             9.03         8/03             4.03         9/29              .03
 7/13             4.03         9/01             2.03        10/01              .04


                       Interest Rate Summary
                  Date              Rate
                  7/02           1.0000%
                  8/09           0.5000%
```

```
***   REC 2006039   174330 H62A04E0 C1BN  CIPQYAG    PQAG    (F-IMA )   ***
```

SOCIAL SECURITY ADMINISTRATION

                                        Date: February 8, 2006
                                        Claim Number: 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A
                                                         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DI

JOE D MANGRUM
PO BOX 762
CAMPHILL AL 36850-0762

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

    Beginning December 2005, the full monthly
    Social Security benefit before any deductions is......$ 739.60

      We deduct $0.00 for medical insurance premiums each month.

    The regular monthly Social Security payment is........$ 739.00
    (We must round down to the whole dollar.)

    Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

    Your Social Security benefits are paid on or about the third of each month.

Date of Birth Information

    The date of birth shown on our records is November 17, 1949.

Medicare Information

    You are entitled to hospital insurance under Medicare beginning March 1982.

    You are entitled to medical insurance under Medicare beginning December 1993.

    You are enrolled in a Prescription Drug (Medicare Part D) plan beginning January 1, 2006.

Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 256-234-3486. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

        SOCIAL SECURITY
        63 ALIANT PARKWAY
        ALEXANDER CITY, AL 35010

If you do call or visit an office, please have this letter with you. It will help us answer your questions.


                                        OFFICE MANAGER