**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 10/7/06

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

1. Article Addressed to:

   Alabama Medicaid Agency
   PO Box 5624
   Montgomery, AL 36103

   06cv952 S+C

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0002 7929 4392

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 10/7/06

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

1. Article Addressed to:

   Alabama Medicaid Agency Commissioner
   PO Box 5624
   Montgomery, AL 36103

   06cv952 S+C

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0005 9732 4901

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540