# #3:06-CV-00952-MEF

# DOCUMENT #7

# REQUESTS FOR ADMISSIONS

# IS

# STRICKEN FROM THE RECORD

# AND

# RETURNED TO PLAINTIFF

# PER ORDER, DOCUMENT #8