IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOE DONALD MANGRUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv952-MEF |
| ) | |
| ALABAMA MEDICAID AGENCY and ) | |
| COMMISSIONER OF THE ALABAMA ) | |
| MEDICAID AGENCY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On November 6, 2006, the plaintiff filed requests for admissions (doc. # 7). Pursuant to FED. R. CIV. P. 26(d), "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." Consequently, the plaintiff's request for admissions is premature and due to be stricken. Accordingly, it is

ORDERED that the plaintiff's requests for admissions (doc. # 7) be and are hereby STRICKEN from the record and returned to the plaintiff. The Clerk of the Court is directed to return the stricken pleading to the plaintiff.

Done this 9th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE