IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOE DONALD MANGRUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv952-MEF |
| ) | |
| ALABAMA MEDICAID AGENCY and ) | |
| COMMISSIONER OF THE ALABAMA ) | |
| MEDICAID AGENCY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On November 14, 2006, the defendants filed a motion to dismiss in which they assert that the plaintiff's claims are barred by the doctrine of res judicata. Upon consideration of the motion, and for good cause, it is

ORDERED that on or before December 4, 2006, the plaintiff shall show cause why this case should not be dismissed as barred by the doctrine of res judicata. **The plaintiff is advised that if he fails to respond to respond to this order with specificity, the court will treat his failure to respond as an abandonment of the claims set forth in the complaint. The plaintiff is further cautioned that if he fails to file a response in accordance with the directives of this order, the court will recommend that this case be dismissed.**

Done this 17th day of November, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE