IN The U.S. District Courts For the middle District of Alabama. "Eastern Division;"  (I)

Joe W. Mangrum, plaintiff.

V.

Alabama medicaid Agency AND Commissioner of the Alabama medicaid Agency. Defendants,

Civil Action No. # 3:06CV952-MEF

RECEIVED 2007 JAN 11 A 9:4 DEB P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA

plaintiff Also objections to the Recommendation of the U.S. magistrate Judge's Charles S. Coody, of the Courts Also violation the plaintiff IN Federal Rules of Evidence, IN Rules 706). Court Appointed Experts Attorney or Counsel to Represented the plaintiff IN this Case, under the plaintiff Sixth Amendment Rights to Counsel, see Also. Stickland V. washington. (1984), U.S. magistrate Judge's Charles S. Coody, Also violation the plaintiff Rights IN Federal Rules of Civil procedures, IN Rules 66). Receivers Appointed By Federal Courts to Represented the plaintiff IN this pending Civil Action Case, plaintiff He Demonstrate that He is a

member of a protected class under title II And III of the Americans with Disability Act of 1990, 42 U.S.C. §12101 Et Seq, under public law 99-457). IN title 28 C.F.R. part 35) ANd 36), IN title 28 C.F.R. §35.103), IN title 28 C.F.R. §35.134), under Alabama States law, IN title VII Alabama Code 13-A-9-3, IN Sections 13-A-10-102, Act of 2007, the Defendants Commissioner of the Alabama medicaid programs ANd Agency. Also violation the plaintiff By Alleged failure to paid For the plaintiff prescription drugs at the pharmacy from Dec 23, 1993, on Back to this dated January 17, 2002, under medicare ANd medicaid (HMO), primary insurance Amount (PIA), coverages Act of Dec 23, 1993, under public law 100-360). Also see Estelle v. Gamble, 429 U.S. 97, 97 S.Ct. 285. (1976), Done this 8th Day of January. 2007.

"Conclusions:"

proof of services.

plaintiff Hereby certify that He have served a copy of this foregoings motion upon Defendants counsel, Alabama

medicaid Agency, 501# Dexter Avenue, P.O. # Box #5624, Montgomery, Alabama 36103, on this 10th Days of January 2007, By placing Same IN the U.S. mail. prepaid postages, property Addressed to the Defendants Counsel.

Respectfully submitted,
Joe Donald Mangrum,
P.O. # Box #763
Camp Hill, Alabama 36850

The U.S. magistrate Judge's of the Court, Also violation the plaintiff By failure to Appointed the plaintiff a Counsel to Represented him under the Criminal Justice Act of 1964. see, 18 U.S.C, § 3006A(d)(6), or under any other Applicable Federal Statute; IN this civil Action pending Cases,