IN The U.S. District Court for the middle District of Alabama, "Eastern Division,"   (I)

Joe W, Mangrum, plaintiff.

V.

Alabama medicaid Agency. AND Commissioner of the Alabama medicaid Agency. Defendants, ET AL.

Civil Action NO: 3:06 CV 952-MEF.

RECEIVED 2007 FEB 28 A 9:24 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

IN federal Rules of Civil procedure," IN Rules 45), subpoena psychartrist "DR, Rohini K, Reddy" at the East Alabama mental Health Center. 2506 # lambert DR," opelika, Alabama 36801-7237, to give a testimony that the plaintiff has Been taking 5 M.G. of trifluoperazine medication from January of 1994, on Back to this Dated 3-11-2007. from the Nan coley murphy center (TCC). 1870 Alabama Highway 22, west," Alexander city, Alabama 35010. for mental Desease, And Also paranoid Schizoplrenia from 1967, on Back to this Dated 2-11-2007. the DR. Rohini K. Reddy. Also have mental Health Record

of the plaintiff, of January of 1994, on back to this 2-11-2007, at the Nan Coley Murphy Center (TCC), 1870 Alabama Highway 22, West, Alexander City, Alabama 35010, the plaintiff is directed for psychiatrist DR. Rohini K. Reddy, to attend and give testimony or to produce and permit inspection the mental health record and documents in her control or custody by the States of Alabama under the plaintiff of his Fifth and Fourteenth Amendment rights as well as the Equal protection due process clause of the Alabama States Law "And" Title VI of the civil Rights Act of 1964, as Amended in Title VII Alabama Code 13-A-9-3, in Sections 13-A-10-102. Act of 2007, Alabama Medicaid programs or Agency, And commissioner of the Alabama Medicaid programs Also failure to paid for the plaintiff prescription drugs, at

the pharmacy from Dec 23, 1993. on back to this dated January 17, 2002. under the medicare and medicaid (HMO) primary insurance Amount (PIA) Coverages Act of 1988, under public law 100-360), see Also, Estelle V. Gamble, 429 U.S. 97 97 S.CT. 285. (1976). the plaintiff He Demonstrate that He is a member of a protected class under title II And III of the Americans with Disability Act of 1990, (42 U.S.C. 12101 Et seq), under public law 99-457), IN title 28 C.F.R. § 35.103), IN title 28 C.F.R. § 35.134), IN title 28 C.F.R. part 35) And 36), under Sections 504 of the Rehabilitation Act of 1973. as Amended. as it pertains to federal Assisted medicaid programs. under the plaintiff constitutional Rights to have the Defendants, commissioner of the Alabama medicaid programs or Agency, to paid for the plaintiff prescription Drugs, at pharmacy

From Dec 23, 1993, on Back to This Dated January 17, 2002, under the Social Security Trust Funds Act of Dec 23, 1993, under H.R. 1517 of the Social Security Benefits Tax Relief Act of 2005, the Defendants Commissioner of the Alabama Medicaid Agency Also failure and denied to paid for the plaintiff prescription drugs at the pharmacy from Dec 23, 1993, on Back to This Dated January 17, 2002, under the Federal Disability insurance (DI) Trust Funds Act of 1970, And under the Federal Old-Age And Survivors insurance (OASI) Trust Funds Act of Dec 23, 1993, under the Congressional Budget Act of Dec 23, 1993, under public law. 93-344).

Conclusions.

proof of Services

plaintiff hereby certify that He have served a copy of this foregoings-motion upon Defendants Counsel, Alabama medicaid Agency, 501 Dexter Avenue. P.O. # Box # 5624, montgomery, Alabama 36103, on this 28th Day of February

2007. By placing Same IN the U.S. mail, prepaid postages property Addressed to the Defendants, Et. AL, Counsel, under the Criminal Justice Act of 1964.

Respectfully Submitted
Joe Donald mangrum.
P.O. # Box # 762
Camp Hill, Alabama 36850

Court's Decisions. From the Great Case of Marbury V. madison. (1803). which Established the power of the Justices to Review the Constitutionality of Acts of Congress.