IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOE DONALD MANGRUM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  3:06cv952-MEF |
| | ) |
| ALABAMA MEDICAID AGENCY and | ) |
| COMMISSIONER OF THE ALABAMA | ) |
| MEDICAID AGENCY, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Now pending before the court is the plaintiff's motion for discovery (doc. # 14).

Upon consideration of the motion, and for good cause, it is

ORDERED that the motion for discovery (doc. # 14) be and is hereby DENIED.

Done this 1st day of March, 2007.

                                 /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE