IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

JOE DONALD MANGRUM,                )
                                   )
        Plaintiff,                 )
v.                                 )    CASE NO.  3:06-cv-952-MEF
                                   )            WO
ALABAMA MEDICAID AGENCY, *et al.,* )
                                   )
        Defendants.                )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

1. The plaintiff's objection (Doc. #13) to the Recommendation of the Magistrate

Judge (Doc. #12) filed on January 11, 2007 is overruled;

2. The Recommendation of the Magistrate Judge entered on January 8, 2007 is

adopted;

3. The defendant's motion to dismiss is GRANTED and plaintiff's claims against

defendants for failure to pay for his prescription medication are barred by the doctrine of res

judicata and are DISMISSED.

DONE this the 13th day of March, 2007.

                          _____
                              /s/ Mark E. Fuller
                          CHIEF UNITED STATES DISTRICT JUDGE