IN The U.S. District Court For the Middle District Of Alabama, Eastern Division. (I)

Joe Donald Mangrum, plaintiff.

V.

Alabama Medicaid Agency, ETAL, Defendants.

Notice of Appeals Civil Action NO: # 3:06-CV-952-MEF

RECEIVED MAR 16 2007 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

As Amended IN Federal Rules Of Appellate Procedures, IN Rules 4), IN Title 28 U.S.C. § 1292(B), IN Title 28 U.S.C. §158(A).

Notice Of Appeals to A Court Of Appeals From A Judgment or orders of A District Court. Notice is Hereby Given that plaintiff Here Name All parties Taking the Appeals, (plaintiff). (Defendants, ETAL), IN the Aboves Named Cases, Hereby Appeals to the United States Court Of Appeals For the 11 Circuit Court, From the Final Judgment. From AN orders Describing it Entered IN this Action on the 13th Day of March, 2007, U.S. Magistrate Judges of the Court, Also Denied the plaintiff IN Federal Rules of Civil procedure, IN Rules 6(c). And Also Denied the plaintiff Federal protection Rights IN Federal Rules

(II)

07 Evidence, IN Rules 706), U.S. magistrate Judge's 07 the Court. Also violation the plaintiff Sixth Amendment Rights to Counsel. see, Drone V. Natto, 565 F. 2d. 543 (8th Cir. 1977), Counsel Should Be Appointed where Record indicated plaintiff Suffered From mental Disease. Davis V. U.S. 214 F. 2d. 594 (7th Cir. 1954). Spears V. U.S. Supra Note 56 (indigent's working Knowledge 07 legal process Demonstrated By pleadings filed with the Court.

## proof 07 Services

plaintiff hereby certify that he have Served a copy 07 this foregoings Notice 07 Appeals upon the Clerk 07 the U.S. District Court, middle District 07 Ala. Office 07 the Clerk, P.O. # Box # 711. montgomery, Ala 36101. on this 15th Day 07 march 2007. By placing Same IN the U.S. mail, prepaid postages. properly Addressed to the Clerk 07 the Court. Joe Donald mangrum.
P.O. # Box # 762
Camp Hill, Ala 36850



Joe W. Mangrum
P.O. # Box # 762
Camp Hill, Alabama 36850

MONTGOMERY AL 361
15 MAR 2007 PM 2 T

MARCH IS
KIDNEY MO[NTH]
GIVE TO THE NA[TIONAL]
KIDNEY FO[UNDATION]

Clerk, Debra P. Hackett.
U.S. District Court
Middle District of Alabama
Office of the Clerk
P.O. # Box # 711.
Montgomery, Alabama 36101