UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
*Eastern* DIVISION

*Joe Donald mangrum*

       Plaintiff,

     vs.

*Ala medicaid Agency.*
*Et AL.*

       Defendant.

)
)
)
)
)
)
)
)
)

RECEIVED

2007 MAR 16  A 10: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. *3:06-CV-952-MEF*

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Plaintiff, *Joe W. mangrum* hereby requests leave of the Court, pursuant to 28 U.S.C. §1915 and 42 U.S.C. §2000e-5(f)(1), to proceed in this case in forma pauperis.  The attached affidavit is offered in support of this motion.

Respectfully submitted this *16th* day of *March* , *2007.*

*Joe W. mangrum*
Signature of Plaintiff

*P.O. # Box # 762*
*Camp Hill, Ala 36850*
Address of Plaintiff

*(256) 625-9313*
Telephone Number of Plaintiff