IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-11197-G

```
                FILED
         U.S. COURT OF APPEALS
           ELEVENTH CIRCUIT
              JUN 5 2007
           THOMAS K. KAHN
               CLERK
```

JOE DONALD MANGRUM,

                   Plaintiff-Appellant,

versus

ALABAMA MEDICAID AGENCY,
ALABAMA MEDICAID AGENCY COMMISSIONER,

                   Defendants-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

ORDER:

Appellant's motion for leave to proceed on appeal <u>in forma pauperis</u> is DENIED because the appeal is frivolous.  See <u>Pace v. Evans</u>, 709 F.2d 1428 (11th Cir. 1983).  Appellant's motion for appointment of counsel, as construed from his letter to this Court, is DENIED AS MOOT.

                   /s/ Rosemary Barkett
                   UNITED STATES CIRCUIT JUDGE

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
  Deputy Clerk
  Atlanta, Georgia