IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-11197-G

```
                              FILED
                       U.S. COURT OF APPEALS
                         ELEVENTH CIRCUIT

                           JUN 27 2007

                         THOMAS K. KAHN
                             CLERK
```

JOE DONALD MANGRUM,

                       Plaintiff-Appellant,

versus

ALABAMA MEDICAID AGENCY,
ALABAMA MEDICAID AGENCY COMMISSIONER,

                       Defendants-Appellees.

Appeal from the United States District Court for the

Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 27th day of June, 2007.

                       THOMAS K. KAHN
                       Clerk of the United States Court
                       of Appeals for the Eleventh Circuit

                       By:  Walter Pollard
                           Deputy Clerk

                       FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _Walt Pollard_
    Deputy Clerk
    Atlanta, Georgia

ORD-40